IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                             **CRIMINAL ACTION NO. 3:01-CR-25-1**
                                       **(BAILEY)**

**CHARLES EMANUEL RASH,**

    Defendant.

## ORDER GRANTING MOTION

The above-styled matter came before the Court for consideration of the defendant's Request Copies of Docket 530 and Copy of Docket Sheet From 530 Til Now July 12, 2007 [Doc. 621]. In support of his motion, the petitioner indicates the requested documents are necessary to pursue a new § 2255 petition based upon new facts. Having reviewed the above, the Court is of the opinion that the defendant's request for documents [Doc. 621] should be, and is, hereby **GRANTED**. Accordingly, the Clerk is **DIRECTED** to mail true copies of the requested documents listed in the above motion.

The Clerk is directed to mail a true copy of this Order to the *pro se* petitioner, and to transmit copies to all counsel of record herein.

It is so **ORDERED**.

**DATED:** January 25, 2008.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE